AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

STEPHEN R. JACKSON, SR., a single person,

*Plaintiff*

v.

ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S DEPARTMENT, SHERIFF JOHN HILDERBRAND, DEPUTY JEFFREY POLILLO, DEPUTY MICHAEL MCGOWAN, and DEPUTY LUCAS FORSBERG,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-cv-00022-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Partially Dismiss Plaintiff's Claims for Damages (ECF No. 47) is DENIED. Plaintiff's cross-motion for partial summary judgment (ECF No. 52) is DENIED. Defendants' Motion and for Summary Judgment (ECF No. 48) is GRANTED IN PART AND DENIED IN PART. Judgment is entered for Defendants on Plaintiff's § 1983 claims for unlawful search, unlawful seizure, and excessive force; assault; unlawful imprisonment; and negligent supervision.
Plaintiff's remaining claims of negligent supervision and negligent retention are asserted only against Defendants Asotin County Sheriff's Department, and Sheriff Hilderbrand, all other Defendants are DISMISSED.
Plaintiff's sixth claim for violations of his constitutional rights "pursuant to Article I Section 3, 7, 14, and 35 of the Washington State Constitution and the 4th, 8th, and 14th Amendments to the Constitution of the United States" are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. _____.


Date: 03/15/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates