FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN R. JACKSON, SR., a single person,<br><br>                Plaintiff,<br><br>      v.<br><br>ASOTIN COUNTY, ASOTIN COUNTY SHERIFF'S DEPARTMENT, and SHERIFF JOHN HILDERBRAND,<br><br>                Defendants. | No. 2:18-cv-00022-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 2, 2019, the parties filed a Stipulated Motion for Dismissal, ECF No. 111. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion for Dismissal, **ECF No. 111**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of August 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2